IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Barker, Tracy | Case Number: 08 B 05283 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 02/24/09 | Filed: 3/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 14, 2009
Confirmed:  April 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,625.00 | |
| Secured: | | 1,777.22 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 676.63 |
| Trustee Fee: | | 171.15 |
| Other Funds: | | 0.00 |
| Totals: | 2,625.00 | 2,625.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 676.63 |
| 2. | Santander Consumer USA | Secured | 16,982.68 | 1,777.22 |
| 3. | Internal Revenue Service | Priority | 2,881.08 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 2,907.77 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 14.20 | 0.00 |
| 7. | Plains Commerce Bank | Unsecured | 5.58 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 96.21 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 58.03 | 0.00 |
| 10. | Santander Consumer USA | Unsecured | 0.00 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 45.13 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 47.57 | 0.00 |
| 13. | B-Line LLC | Unsecured | 9.97 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 1.11 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 42.46 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 6.00 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 53.65 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 60.56 | 0.00 |
| 19. | AIS Services | Unsecured | 73.00 | 0.00 |
| 20. | Capital One | Unsecured | 51.55 | 0.00 |
| 21. | H & F Law Offices | Unsecured | | No Claim Filed |
| 22. | Cash Call | Unsecured | | No Claim Filed |
| 23. | Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 24. | First Premier | Unsecured | | No Claim Filed |
| 25. | Credit Protection Association | Unsecured | | No Claim Filed |
| 26. | Certified Recovery | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Barker, Tracy

Printed: 02/24/09

Case Number:  08 B 05283
Judge: Squires, John H
Filed:  3/6/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Lou Harris | Unsecured | | No Claim Filed |
| 28. Payday Avenue.Com | Unsecured | | No Claim Filed |
| 29. NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. Purpln/FBD | Unsecured | | No Claim Filed |
| 31. Purpose Loans | Unsecured | | No Claim Filed |
| 32. Midland Credit Management | Unsecured | | No Claim Filed |
| 33. Suretechfs | Unsecured | | No Claim Filed |
| 34. Triad Financial Services | Unsecured | | No Claim Filed |
| | | $ 26,800.55 | $ 2,453.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 136.50 |
| 6.6% | 34.65 |
| | $ 171.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

